(70 Hun, 600.)

FARLEY et al., Respondents, v. CITY OF AMSTERDAM, Appellant.

(Supreme Court, General Term, Third Department.    July 8, 1893.)

Appeal from circuit court, Montgomery county.
Action by John Farley and Emma Farley against the city of Amsterdam to recover damages alleged to have been sustained by the plaintiff by reason of the grading of Cornell street, in said city, whereby it was claimed that the adjoining property of plaintiffs had been injured. Plaintiffs recovered a judgment for $743 damages and $243.54 costs, and vacating a special assessment laid upon plaintiffs' real property situated on Cornell street, in the city of Amsterdam, for part of the expenses of regrading said street by defendant in accordance with the change of grade of said street established.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

Edward J. Maxwell, for appellant.
Westbrook & Borst, (Z. S. Westbrook, of counsel,) for respondents.

HERRICK, J.    The case of Folmsbee v. City of Amsterdam, 66 Hun, 214, 21 N. Y. Supp. 42, it seems to me, is decisive of this, and that there is no occasion for an opinion.    The judgment should be affirmed, with costs.    All concur.

---

(70 Hun, 599.)

NORTH et al., Respondents, v. GARSIDE, Mayor, et al., Appellants.

(Supreme Court, General Term, Third Department.    July 8, 1893.)

Action by Charles F. North and others against John Garside, mayor, etc., and others.
No opinion.    Order affirmed, with costs and disbursements.

---

ARMSTRONG v. LAKE CHAMPLAIN GRANITE CO.

(Supreme Court, General Term, Third Department.    September 15, 1893.)

Action by William H. Armstrong against the Lake Champlain Granite Company.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion.    Judgment affirmed, with costs.

---

BOWE, County Treasurer, Respondent, v. JENKINS, Appellant.

(Supreme Court, General Term, Third Department.    September 15, 1893.)

Action by John Bowe, as county treasurer, against Charles M. Jenkins.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion.    Motion for leave to go to court of appeals denied.    For decision on appeal, see 23 N. Y. Supp. 548.